**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ, NY & CT
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE**:
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712

**NEW YORK OFFICE**:
4 Ridgeway Terrace
Spring Valley, New York 10977

*All Correspondences to NJ Office*

August 24, 2015

Honorable Magistrate Lois H. Goodman
United States District Court
District of New Jersey
402 East State Street
Trenton, New Jersey
*Via ECF*

      Re:    **Konopca v Amerisave Mortgage Corporation**
              **Civil No: 3:15-cv-05339-FLW-LHG**

Dear Magistrate Goodman,

    The undersigned represents the Plaintiff in this action brought pursuant to the Telephone Consumer Protection Act (the "TCPA"). Please be advised that this matter has been settled as to all parties and claims. It is therefore respectfully requested that a 60-day Order be issued, in order to allow the parties to finalize settlement details and submit a Stipulation of Discontinuance.

    Kindly contact the undersigned with any questions or concerns regarding the foregoing.

                            Respectfully Submitted,

                            <u>/s/ Yitzchak Zelman</u>
                          Yitzchak Zelman, Esq.