UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAN KONOPCA,<br><br>                Plaintiff,<br><br>-against-<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>                Defendant. | Civil Case No.:<br>3:15-cv-05339-FLW-LHG |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of his claims AMERISAVE MORTGAGE CORPORATION, in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

Dated:  August 28, 2015

| | |
|---|---|
| Attorney for Plaintiff<br>*Jan Konopca*<br><br>By: /s/ Yitzchak Zelman           .<br>Yitzchak Zelman, Esq. (YZ5857)<br>MARCUS ZELMAN, LLC<br>1500 Allaire Avenue, Suite 101<br>Ocean, New Jersey 07712<br>Tel: (732)695-3282<br>Email: yzelman@marcuszelman.com | Attorney for Defendant<br>*Amerisave Mortgage Corporation*<br><br>By: /s/ Deepa Zavatsky<br>Deepa J. Zavatsky, Esq.<br>REED SMITH LLP<br>136 Main Street, Suite 250<br>Princeton, NJ 08540<br>Tel: (609)514-5963<br>Email: dzavatsky@reedsmith.com |

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAN KONOPCA,<br><br>Plaintiff,<br><br>-against-<br><br>AMERISAVE MORTGAGE CORPORATION,<br><br>Defendant. | Civil Case No.:<br>3:15-cv-05339-FLW-LHG |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 28, 2015 Stipulation of Dismissal, all claims asserted in Civil Action No: 3:15-cv-05339-FLW-LHG, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _____ **day of** _____, 2015.

_____
HON. FRIEDA L. WOLFSON
UNITED STATES DISTRICT JUDGE